UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~

UNITED STATES OF AMERICA,

                vs                        1:99-CR-383

JOSE RODRIGUEZ,
                Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:                            OF COUNSEL:

JOSE RODRIGUEZ
Defendant, pro Se
09527-052
USP Victorville
US Penitentiary
PO Box 5300
Adelanto, CA 92301

HON. ANDREW T. BAXTER             PAUL D. SILVER, ESQ.
Acting United States Attorney        Assistant U.S. Attorney
   for the Northern District of New York
Attorney for Government
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Defendant has requested a review of his sentence.

Upon review, the defendant has received Federal credit from plea (November 23, 1999) to sentence (April 14, 2000).  After sentence, he was returned to state custody on conduct that was unrelated to the federal offense.  He was paroled to Federal custody from state custody on April 5, 2001.

The sentence will not be amended.

IT IS SO ORDERED.

Dated: May 20, 2009
Utica, New York.

_____
United States District Judge